IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIV 15 TECH,

    Petitioner/Counterdefendant,

v.

SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL 104,

    Respondent/Counterclaimant.

No. C 10-05309 JSW
No. C 10-05312 JSW

**ORDER REFERRING MOTION FOR ATTORNEYS' FEES TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION**

Pursuant to Local Rule 72-1, Sheet Metal Workers' International Association, Local 104 motion's for attorneys' fees and costs is HEREBY REFERRED to a randomly assigned magistrate judge to prepare a report and recommendation. The hearing date noticed for Friday, May 27, 2011 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: March 29, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Susan Imbriani